REQUEST FOR INJUNCTION

I am asking for a federal order to stop the current early voting procedures from being used and to direct the Mass Secretary of State to develop a procedure that guarantees the secrecy of election ballots on February 24, 2020

Paul F Kellett
36 Woodside Rd Middlesex
Medford MA 02155

Paul F. Kellett