```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

PAUL F. KELLEN.,                )
        Plaintiff,              )
                                )   Civ. Action No. 20-10358-PBS
        v.                      )
                                )
WILLIAM GALVIN ,                )
        Defendant.              )
```

ORDER

April 22, 2020

SARIS, D.J.

On February 21, 2020, plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs was denied. Plaintiff was advised that if he wished to proceed with this action, he shall either pay the $400 filing fee or file a new, fully completed Application. The Order stated that failure to comply may subject this action to dismissal.

The Court's records indicate that plaintiff has not responded to the Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action sua sponte for a plaintiff's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b). "The authority of a federal trial court to dismiss a plaintiff's action ... because of his failure to prosecute cannot seriously be doubted," and "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the

District Courts." Link v. Wabash R.R. Co., 370 U.S. 626, 629-30 (1962).

Accordingly, for the failure to comply with this Court's directive, this action is dismissed without prejudice.

SO ORDERED.

                                       /s/ Patti B. Saris  
                                       PATTI B. SARIS  
                                       UNITED STATES DISTRICT JUDGE