```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

PAUL F. KELLEN.,              )
    Plaintiff,             )
                            )   Civ. Action No. 20-10358-PBS
    v.                      )
                            )
WILLIAM GALVIN ,              )
    Defendant.              )

## ORDER OF DISMISSAL

For the reasons stated in the Order dated April 22, 2020, this action is dismissed without prejudice.

                                      ROBERT M. FARRELL
                                      CLERK OF COURT

Dated: 4/22/2020              By /s/ Maryellen Molloy
                                      Deputy Clerk